UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOMTCHIL DOBREV, <br><br> Plaintiff, <br><br> -against- <br><br> EUROPEAN COMMISSION WITH PRESIDENT UNKER AND FON LAYEN, UNKERM, ET AL, <br><br> Defendants. | 23-CV-7559 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the November 1, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 1, 2023
         New York, New York

                                               /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                           Chief United States District Judge